FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 15 2009
SDM

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOUIS CARVER, et al.,<br><br>Defendants,<br><br>LINCOLN BIOTECH VENTURES, LP, et al.,<br><br>Relief Defendants. | Case No. SA CV-08-0627 (RNBx)<br><br>[PROPOSED] ORDER APPROVING SECOND INTERIM FEE APPLICATIONS OF RECEIVER AND HIS PROFESSIONALS<br><br>Date: June 15, 2009<br>Time: 1:30 p.m.<br>Ctrm: 9B<br>Judge: Hon. Cormac J. Carney |

The Court having considered the second interim fee applications of James H. Donell (the "Receiver"), Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), and Crowe Horwath LLP ("Crowe Horwath"), and any opposition thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

**James H. Donell**

1. Fees and costs for the period October 1, 2008, through March 31, 2009, for the Receiver are allowed in the respective sums of $67,849.50 and $3,114.25.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

717879.02/SD

2. The Receiver is authorized to pay himself $70,963.75 from available receivership estate assets.

**Allen Matkins**

3. Fees and costs for the period October 1, 2008, through March 31, 2009, for Allen Matkins are allowed in the respective sums of $57,503.50 and $3,703.18.

4. The Receiver is authorized to pay Allen Matkins $61,206.68 from available receivership estate assets.

**Crowe Horwath**

5. Fees and costs for the period October 1, 2008, through March 31, 2009, for Crowe Horwath are allowed in the respective sums of $122,433.00 and $142.00.

6. The Receiver is authorized to pay Crowe Horwath $122,575.00 from available receivership estate assets.

**IT IS SO ORDERED.**

DATED: June 15, 2009

JUDGE, UNITED STATES DISTRICT COURT

Submitted by:

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ David L. Osias
    David L. Osias
    Attorneys for James H. Donell,
    Receiver