JOHN B. BULGOZDY, Cal. Bar No. 219897
E-mail: bulgozdyj@sec.gov
MEGAN M. BERGSTROM, Cal. Bar No. 228289
E-mail: bergstromm@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOUIS CARVER; ROBERT LOUIS CARVER, II; JAMES LOWELL DEMERS; LINCOLN FUNDS INTERNATIONAL, INC., a Nevada corporation; and PAROPES CORPORATION, f/k/a BROOKSTONE CAPITAL, INC., a Nevada corporation,<br><br>Defendants,<br><br>LINCOLN BIOTECH VENTURES, L.P.; LINCOLN BIOTECH VENTURES II, L.P.; LINCOLN BIOTECH VENTURES III, L.P., and MacAUSLAN CAPITAL PARTNERS, LLC,<br><br>Relief Defendants. | Case No. SACV 08-627 CJC (RNBx)<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS AGAINST RELIEF DEFENDANTS** |

1  WHEREFORE, Plaintiff Securities and Exchange Commission ("Commission") and James Donell, as Permanent Receiver for relief defendants Lincoln Biotech Ventures, L.P.; Lincoln Biotech Ventures II, L.P. and Lincoln Biotech Ventures III, L.P., have agreed to stipulate to the dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), of the Commission's claims against the relief defendants, without cost or fees to either party.  The relief defendants waive any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law, to seek from the United States, or any agency or official of the United States, reimbursement of attorney's fees or other fees, expenses, or costs.   Solely for these purposes, relief defendants agree that they are not the prevailing party in this action.

IT IS HEREBY ORDERED that the Commission's claims against relief defendants Lincoln Biotech Ventures, L.P.; Lincoln Biotech Ventures II, L.P.; and Lincoln Biotech Ventures III, L.P. are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  September 19, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1